Matter of Vasey v Lake Shore Fire Dist. (2025 NY Slip Op 03483)

Matter of Vasey v Lake Shore Fire Dist.

2025 NY Slip Op 03483

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND HANNAH, JJ.

477 CA 24-01964

[*1]IN THE MATTER OF WILLIAM VASEY, PETITIONER-APPELLANT,
v
LAKE SHORE FIRE DISTRICT, RESPONDENT-RESPONDENT. 

THOMAS J. JORDAN, ALBANY, FOR PETITIONER-APPELLANT.
COUGHLIN & GERHART LLP, BINGHAMTON (LARS P. MEAD OF COUNSEL), FOR RESPONDENT-RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Joseph D. Waldorf, J.), entered May 24, 2024, in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court